IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CAROLYN CHRONISTER,

    Plaintiff,

vs.

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.

Case No. 16-cv-364-SMY-DGW

## JUDGMENT

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the Order Dismissing Case entered on July 21, 2016 (Doc. 24), this case is **DISMISSED with prejudice**. Accordingly, the Clerk of Court is DIRECTED to close this case.

**DATED:  July 22, 2016**

                                **JUSTINE FLANAGAN, Acting Clerk of Court**

                                **By: s/ Kailyn Kramer, Deputy Clerk**

**Approved:**   **s/ Staci M. Yandle**
                    **STACI M. YANDLE**
                    **DISTRICT JUDGE**